**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Malachi Stanciel
Defendant.

Case No.: 1:26−cr−00536
Honorable Keri L. Holleb Hotaling

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 16, 2026:

MINUTE entry before the Honorable Keri L. Holleb Hotaling:Detention hearing as to Malachi Stanciel held on 10/16/2026. The parties have agreed to certain conditions of release. Enter Order Setting Conditions of Release. Defendant waives his right to a preliminary examination hearing. Enter a finding of probable cause; defendant is bound to the District Court for all further proceedings. Defendant shall be released after processing. Status hearing set for 11/19/2026 at 09:45 a.m. in courtroom 1700. The Court requires an addendum to be filed by 11/16/26 as to whether or not defendant has been compliant with the Court's Order Setting Conditions of Release. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.